## Commonwealth ex rel. Richardson *v.* Williams, Appellant.

Submitted December 10, 1973. *Frank K. Williams,* for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

SPAULDING, J., absent.


## Commonwealth ex rel. Riley *v.* Datts, Appellant.

Argued December 5, 1973. *Irving Marks,* for appellant; *Herman Blumenthal,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.